IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAY L. TIMLICK,<br><br>                Plaintiff,<br><br>    vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>                Defendants. | CV 19-99-M-DLC-KLD<br><br>ORDER |

Plaintiff Jay L. Timlick has filed an unopposed motion to continue the deadline set for filing the preliminary pretrial statement, joint discovery plan, and joint statement of stipulated facts. (Doc. 27.) Plaintiff also requests a continuance of the preliminary pretrial conference set for October 30, 2019. Accordingly,

IT IS ORDERED that Plaintiff's motion is GRANTED. The parties shall file their preliminary pretrial statements, joint discovery plan, and joint statement

1

of stipulated facts on or before November 26, 2019.

IT IS FURTHER ORDERED that the October 30, 2019 preliminary pretrial conference is VACATED and RESET for December 3, 2019, at 11:00 a.m.

All remaining provisions of the Court's Order entered June 14, 2019 (doc. 2), shall remain in effect.

The Court additionally notes that Plaintiff has filed a Motion to Strike (Doc. 26) on the basis that the undersigned entered the Order Continuing Preliminary Pretrial Conference (Doc. 24) and Order granting Defendants motion to disqualify counsel (Doc. 25) without authority.

On August 8, 2019, Chief United States District Judge Dana L. Christensen referred this matter to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). (Doc. 17.) Thereafter, one or both of the parties to this action withheld consent to the jurisdiction of a United States Magistrate Judge.

Pursuant to the Court's October 16, 2019 Order (Doc. 28), this matter remains assigned to Chief United States District Judge Dana L. Christensen, but is referred to the undersigned to conduct all necessary hearings and submit proposed findings and fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(A). (Doc. 28.)

This Court was within its authority when it entered the Orders at Docs. 24

and 25. Accordingly, Plaintiff's Motion to Strike (Doc. 26) is DENIED as MOOT.

DATED this 17th day of October, 2019

_____
Kathleen L. DeSoto
United States Magistrate Judge