IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAY TIMLICK, <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY MUTUAL INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Defendants. | CV 19-99-M-DLC-KLD <br><br> ORDER |

Defendant Safeco Insurance Company has filed an unopposed motion for a settlement conference. Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. This case is referred to United States Magistrate Judge John Johnston for the purpose of conducting a settlement conference. Arrangements for the conference will be made by Judge Johnston. The Clerk of Court shall give notice of the entry of this Order to the parties and to Judge Johnston's chambers.

DATED this 13th day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1