IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| JAY L. TIMLICK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　　Defendants. | CV 19–99–M–DLC–KLD<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 59),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 5th day of June, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　United States District Court

1